IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00563-LTB

JOHN RAINEY,

    Plaintiff,

v.

SGT. MORRIS, and
DENNIS BURBANK,

    Defenda nts.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the letter (ECF No. 8) and the motion titled "Motion for Investigation for Being Denied Access to the Court and Preliminary Injunction and Temporary Restraining Order" (ECF No. 7) that Plaintiff, John Rainey, filed *pro se* on September 10, 2012.  The motion for investigation, preliminary injunction, and temporary restraining order will not be considered and, therefore, is DENIED as moot.  This case was dismissed purusant to 28 U.S.C. § 1915(e)(2)(B) as legally frivolous by order entered on March 8, 2012 (ECF No. 5).  Judgment (ECF No. 6) was entered on the same day.  This case is closed.  Filings will not be considered after the dismissal of a case.

Dated:  September 14, 2012